IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHERRY GADDIS, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:15-CV-20 |
| JASON WILKINSON, *et al.*, | § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Cherry Gaddis, Jr., a former pre-trial detainee at the Jasper County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 against defendants Sheriff Mitchell Newman and Sergeant Jason Wilkinson.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends defendants' motion for summary judgment be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered

---

[1] Plaintiff received the Report and Recommendation on August 30, 2016. On or about September 2, 2016, plaintiff mailed a motion for extension of time to file objections which was granted, in part. Plaintiff sought sixty (60) additional days to file his objections. The Magistrate Judge granted the motion giving plaintiff an additional thirty (30) days to file his objections to the Report and Recommendation. This order was filed September 8, 2016. No objections have been received to date.

in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Oct 24, 2016**

_____
Ron Clark, United States District Judge